

1:CV-01-292

FILED
HARRISBURG
JUL 30 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

RTS - RETURN TO SENDER

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

Not Here
Return to Sender
Hogc Co-Prison

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS